[No. 16214–4–I.   Division One.   July 29, 1987.]

NORMAN E. SMITH, ET AL, *Appellants*, v. JOHNNIE A. DOROTIK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 83–2–06957–2, Mary Wicks Brucker, J., entered March 21, 1985. *Affirmed* by unpublished opinion per Wilson, J. Pro Tem., concurred in by Andersen and Ennis, JJ. Pro Tem.

[No. 18352–4–I.   Division One.   July 29, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY A. HUFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–03760–6, George T. Mattson, J., entered April 23, 1986. *Dismissed* by unpublished per curiam opinion.

[Nos. 16533–0–I; 17031–7–I.   Division One.   July 29, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA JEAN ERICKSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 83–1–00933–9, Charles V. Johnson, J., entered April 23, 1985. *Dismissed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Ringold, J.